THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff RORY ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY ARMSTRONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUER'S INTELLIGENT TRANSPORTATION, INC.; and DOES 1-50,<br><br>Defendants. | Civil Case No.: 3:13-cv-02691-MMC<br><br>Removed from Superior Court of the State of California, County of San Francisco<br>Civil Case No.: CGC-13-530147<br><br>CLASS ACTION<br><br>**STIPULATION REGARDING SCHEDULE AND DEADLINES AND [PROPOSED] ORDER**<br><br>Complaint Filed: March 29, 2013<br><br>First Amended Complaint Filed: May 13, 2013<br><br>(N.D. Cal. Civ. L.R. 6-1(b) |

Pursuant to Northern District of California Civil Local Rule 6-1(b), Plaintiff Rory Armstrong and Defendant Bauer's Intelligent Transportation, Inc. through their respective counsel of record hereby stipulate as follows:

WHEREAS, the ADR session in this matter, consisting of Early Neutral Evaluation and Mediation with the Court-appointed neutral Richard S. Whitmore, is currently scheduled for January 8, 2014;

WHEREAS, the Court-appointed neutral Richard S. Whitmore supports the extension requested herein;

1

**STIPULATION REGARDING SCHEDULE AND DEADLINES AND [PROPOSED] ORDER**

WHEREAS, the necessary discovery for the ADR session will not be completed by January 8, 2014, but it will be by February 6, 2014;

WHEREAS, the Evaluator/Mediator, and counsel for both sides have communicated and determined that the February 6, 2014 would work for all of them for the ADR session;

WHEREAS, a Court order is required to reschedule the ADR session because at the initial case management conference, the Court ordered that ADR "commence no later than 120 days from 9/13/2013," *i.e.*, by January 13, 2014 (per Docket No. 16);

WHEREAS, at the initial case management conference, the Court also ordered that Defendant's dispositive motion on the issue of jurisdiction be filed by February 7, 2014 (per Docket No. 16);

THEREFORE, the parties hereby stipulate as follows and request that the Court enter the Proposed Order below:

1. The deadline for completion of ADR be extended from January 13, 2014 to February 6, 2014.
2. The deadline for Defendant to file its dispositive motion on the issue of jurisdiction is continued from February 7, 2014 to March 7, 2014.
3. The remainder of the schedule remains unchanged, including the Case Management Statement due by April 11, 2014, and the Further Case Management Conference set for April 18, 2014 10:30 AM (per Docket No. 16).

Dated:  December 20, 2013    THE TIDRICK LAW FIRM

/s/ Steven G. Tidrick

_____
STEVEN G. TIDRICK, SBN 224760
Attorneys for Plaintiffs

Dated:  December 20, 2013    LITTLER MENDELSON, P.C.

/s/ Aurelio J. Perez

_____
ROBERT G. HULTENG, SBN 071293
AURELIO J. PEREZ, SBN 282135
Attorneys for Defendant

2

**STIPULATION REGARDING SCHEDULE AND DEADLINES AND [PROPOSED] ORDER**

**[PROPOSED] ORDER**

The Parties having stipulated to the foregoing, IT IS SO ORDERED , with the exception that the Further Case Management Conference and deadline for filing the parties' Joint Statement in connection therewith are hereby CONTINUED to May 16, 2013 and May 9, 2013, respectively.

Dated: December 20, 2013

_____
Judge Maxine M. Chesney