1  ROBERT G. HULTENG, SBN 071293
   AURELIO J. PEREZ, SBN 282135
2  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
3  San Francisco, California  94108
   Telephone:  (415) 433-1940
4  Facsimile:  (415) 399-8490
   E-mail:     rhulteng@littler.com
5  E-mail:     aperez@littler.com

6  Attorneys for Defendant BAUER'S
   INTELLIGENT TRANSPORTATION, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 | RORY ARMSTRONG, on behalf of himself | Civil Case No.: 3:13-cv-02691-MMC |
   | and all others similarly situated,   |                                    |
11 |                                      | Removed from Superior Court of the State of |
   |                     Plaintiff,       | California, County of San Francisco |
12 |                                      | Civil Case No.: CGC-13-530147      |
   |         v.                           |                                    |
13 |                                      | CLASS ACTION                       |
   | BAUER'S INTELLIGENT                  |                                    |
14 | TRANSPORTATION, INC.; and DOES 1-50, | **STIPULATION REGARDING**          |
   |                                      | **CONVERSION OF ADR TO MEDIATION** |
15 |                     Defendants.      | **AND [PROPOSED] ORDER**           |
16 |                                      | Complaint Filed:  March 29, 2013   |
17 |                                      | First Amended Complaint Filed:     |
18 |                                      | May 13, 2013                       |
19 |                                      | (N.D. Cal. Civ. L.R. 6-1(b)        |

20       Pursuant to Northern District of California Civil Local Rule 6-1(b), Defendant Bauer's

21 Intelligent Transportation, Inc. and Plaintiff Rory Armstrong and through their respective

22 counsel of record hereby stipulate as follows:

23       WHEREAS, on December 20, 2013, the Court ordered ADR to occur in the form of

24 "Early Neutral Evaluation and Mediation," (per Docket No. 23);

25       WHEREAS, such an ADR session, with the Court-appointed neutral Richard S.

26 Whitmore, is currently scheduled for February 6, 2014;

27       WHEREAS, through ongoing negotiations and early settlement discussions the parties

28 have concluded that an ADR session comprising only Mediation would better facilitate

                                    1
        STIPULATION REGARDING CONVERSION OF ADR TO MEDIATION AND ORDER
                                                    Case No. 13-cv-02691-MMC

potential early resolution of the parties' disputes.

WHEREAS, the parties have communicated with Mr. Whitmore regarding conversion of the scheduled ADR session to a Mediation and Mr. Whitmore supports the requested conversion.

THEREFORE, the parties hereby stipulate as follows and request that the Court enter the Proposed Order below:

1.  The parties' ADR be converted from an 'Early Neutral Evaluation and Mediation' to a Mediation.

2.  The remainder of the schedule remains unchanged; the deadline for Defendant to file its dispositive motion on the issue of jurisdiction is March 7, 2014, the Case Management Statement is due by May 9, 2014, and the Further Case Management Conference is set for May 16, 2014 (per Docket No. 23).

Dated:  January 23, 2014          LITTLER MENDELSON, P.C.

                                  /s/ Aurelio J. Perez
                                  ROBERT G. HULTENG, SBN 071293
                                  AURELIO J. PEREZ, SBN 282135
                                  Attorneys for Defendant

Dated:  January 23, 2014          THE TIDRICK LAW FIRM

                                  /s/ Steven G. Tidrick
                                  STEVEN G. TIDRICK, SBN 224760
                                  Attorneys for Plaintiffs

**[PROPOSED] ORDER**

The Parties having stipulated to the foregoing, IT IS SO ORDERED.

Dated:    January 23, 2014

                                  HON. MAXINE M. CHESNEY
                                  JUDGE OF THE UNITED STATES DISTRICT
                                  COURT

**STIPULATION REGARDING CONVERSION OF ADR TO MEDIATION AND ORDER**

Case No. 13-cv-02691-MMC