```
THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail:    sgt@tidricklaw.com
E-mail:    jby@tidricklaw.com
```

Attorneys for Individual and Representative Plaintiff RORY ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY ARMSTRONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUER'S INTELLIGENT TRANSPORTATION, INC.; and DOES 1-50,<br><br>Defendants. | Civil Case No.: 3:13-cv-02691-MMC<br><br>Removed from San Francisco Superior Court, Civil Case No.: CGC-13-530147<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER |

Plaintiff Rory Armstrong ("Plaintiff") and Defendant Bauer's Intelligent Transportation, Inc. ("Defendant") through their respective counsel of record hereby stipulate as follows:

WHEREAS, the parties through their respective counsel have met-and-conferred regarding methods for conserving the resources of the parties and the Court;

THEREFORE, the parties hereby stipulate as follows and request that the Court enter the Proposed Order below:

1. The overtime claims of Plaintiff's operative complaint (First Amended Collective and Class Action Complaint, filed May 12, 2013, in Superior Court of the State of California, County of San Francisco) ("FAC"), both under federal law and state law, are dismissed with prejudice, and stricken, in exchange for Defendant's

1

release of any claim for attorneys' fees and costs on those claims;

2. The parties agree that the Court retains subject matter jurisdiction (federal question) over this lawsuit. Plaintiff's position is that the straight time claims under the Fair Labor Standards Act (FLSA), which are part of the first cause of action and are not dismissed, present a federal question and constitute a sufficient basis for subject matter jurisdiction. Defendant's position, which Plaintiffs do not concede, is that additional federal questions are raised by the applicability of the wage order exemption (*i.e.*, DOT regulation)

Dated: March 19, 2014          THE TIDRICK LAW FIRM

                               /s/    Steven G. Tidrick
                               _____
                               STEVEN G. TIDRICK, SBN 224760
                               Attorneys for Plaintiffs

Dated: March 19, 2014          LITTLER MENDELSON, P.C.

                               /s/
                               _____
                               ROBERT G. HULTENG, SBN 071293
                               AURELIO J. PEREZ, SBN 282135
                               Attorneys for Defendant

## [PROPOSED] ORDER

The Parties having stipulated to the foregoing, IT IS SO ORDERED.

Dated: March 24, 2014          _____
                               Judge Maxine M. Chesney