IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY ARMSTRONG, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAUER'S INTELLIGENT TRANSPORTATION, INC.,<br><br>　　　　Defendant. | No. C 13-2691 MMC<br><br>**ORDER VACATING MAY 16, 2014 HEARING ON PLAINTIFF'S MOTION FOR APPROVAL OF <u>HOFFMAN-LA ROCHE</u> NOTICE** |

　　　Before the Court is plaintiff's "Motion for Approval of Hoffman-La Roche Notice," filed April 11, 2014. Defendant has filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' written submissions, and VACATES the hearing scheduled for May 16, 2014.

　　　In light of the pending motion, the Case Management Conference currently scheduled for May 16, 2014 is hereby CONTINUED to June 13, 2014.

　　　**IT IS SO ORDERED.**

Dated: May 13, 2014

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge