UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY ARMSTRONG,<br><br>  Plaintiff,<br><br>  v.<br><br>BAUER'S INTELLIGENT TRANSPORTATION, INC.,<br><br>  Defendant. | Case No.  13-cv-02691-MMC   (MEJ)<br><br>**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |

The Court is in receipt of Plaintiff Rory Armstrong's request for the Court to fashion an alternative procedure to the undersigned's joint letter brief requirement in order to resolve the ongoing discovery dispute between Plaintiff and Defendant Bauer's Intelligent Transportation Inc. related to Plaintiff's request for Defendant to produce all route sheets for all corporate shuttle work performed during the period from March 29, 2009 to the present. Dkt. No. 39. Having reviewed Plaintiff's request, the Court ORDERS the parties to meet and confer in person on June 6, 2014 at 9:30a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall come prepared to meaningfully discuss and resolve their disputes. If unable, the parties shall draft a joint letter at the session in compliance with paragraph 2 of the Standing Order. Thus, the parties are ORDERED to bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

If the parties meet and confer in person and resolve their disputes or file a joint letter prior to June 6, they shall jointly request that the Court vacate the meet and confer session.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge