THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California  94704
Telephone: (510) 788-5100
Facsimile:  (510) 291-3226
E-mail:     sgt@tidricklaw.com
E-mail:     jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff RORY ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY ARMSTRONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUER'S INTELLIGENT TRANSPORTATION, INC.; and DOES 1-50,<br><br>Defendants. | Civil Case No.: 3:13-cv-02691-MMC<br><br>Removed from Superior Court of the State of California, County of San Francisco<br>Civil Case No.: CGC-13-530147<br><br>CLASS ACTION<br><br>**STIPULATION REGARDING CONVERSION OF ADR TO PRIVATE MEDIATION WITH MARK S. RUDY TO OCCUR ON JANUARY 21, 2015 AND [PROPOSED] ORDER**<br><br>Complaint Filed:  March 29, 2013<br><br>First Amended Complaint Filed:<br>May 13, 2013<br><br>(N.D. Cal. Civ. L.R. 6-1(b)<br>Complaint Filed:  March 29, 2013<br><br>First Amended Complaint Filed:<br>May 13, 2013<br><br>(N.D. Cal. Civ. L.R. 6-1(b) |

Pursuant to Northern District of California Civil Local Rule 6-1(b), Plaintiff Rory

Armstrong and Defendant Bauer's Intelligent Transportation, Inc. through their respective

counsel of record hereby stipulate as follows:

1

1   WHEREAS, on December 20, 2013, the Court ordered ADR to occur in the form of

2   "Early Neutral Evaluation and Mediation" (per Docket No. 23);

3   WHEREAS, through ongoing negotiations and early settlement discussions the parties

4   concluded that an ADR session comprising only Mediation would better facilitate potential

5   early resolution of the parties' disputes;

6   WHEREAS, the parties communicated with the Court-appointed neutral, Mr. Richard

7   Whitmore, regarding conversion of the scheduled ADR session to a Mediation and Mr.

8   Whitmore supported the requested conversion;

9   WHEREAS, on January 23, 2014, pursuant to the parties' stipulation, the Court

10  ordered that the parties' ADR be converted from an "Early Neutral Evaluation and Mediation"

11  to a Mediation (Docket No. 25);

12  WHEREAS, after a mediation session with Mr. Whitmore on February 6, 2014 and

13  after multiple subsequent communications with counsel for the parties, a conference call with

14  Mr. Whitmore to discuss the status of mediation was scheduled for August 22, 2014 at 9:30

15  AM, however, in response to an e-mail from Plaintiff's counsel, Mr. Whitmore e-mailed all

16  counsel on August 14, 2014:  "Under the circumstances, I think we need to take the

17  conference call off calendar.  Please let me know when you would like to reschedule.  Please

18  keep in mind that October 31 is the last date to conduct the mediation and that date was set

19  after the Court granted an earlier stipulated request for extension.";

20  WHEREAS, on September 18, 2014, the parties agreed to a full day of mediation with

21  Mark S. Rudy of Rudy, Exelrod, Zieff & Lowe, LLP on January 21, 2015;

22  WHEREAS, on September 22, 2014, Claudia M. Forehand, ADR Program Case

23  Administrator, stated by e-mail to the parties: "Please include a request for removal from

24  court-sponsored mediation and referral to private mediation with Mark Rudy in your

25  stipulation and proposed order requesting additional time for the mediation process.";

26  WHEREAS, by letter dated September 23, 2014, Mr. Rudy confirmed scheduling of

27  the matter for mediation on January 21, 2015;

28  THEREFORE, the parties hereby stipulate as follows and request that the Court enter

2

1   the Proposed Order below:

2       1.   The parties be removed from Court-sponsored mediation and be referred to private

3           mediation with Mark S. Rudy of Rudy, Exelrod, Zieff & Lowe, LLP;

4       2.   The deadline for private mediation with Mark S. Rudy of Rudy, Exelrod, Zieff &

5           Lowe, LLP be set for January 21, 2015

6   Dated:  September 29, 2014          LITTLER MENDELSON, P.C.

7                      /s/ Robert G. Hulteng
                      ROBERT G. HULTENG, SBN 071293
8                      AURELIO J. PEREZ, SBN 282135
                      Attorneys for Defendant

9

10  Dated:  September 29, 2014          THE TIDRICK LAW FIRM

11                    /s/  Steven G. Tidrick
                      STEVEN G. TIDRICK, SBN 224760
12                      Attorneys for Plaintiffs

13

14                          **~~[PROPOSED]~~ ORDER**

15      The Parties having stipulated to the foregoing, IT IS SO ORDERED.

16

17  Dated:  _____September 30, 2014_____                             
18                      HON. MAXINE M. CHESNEY
                      JUDGE OF THE UNITED STATES DISTRICT
19                      COURT

20

21

22

23

24

25

26

27

28

**STIPULATION REGARDING CONVERSION OF ADR TO PRIVATE MEDIATION WITH MARK S. RUDY TO
OCCUR ON JANUARY 21, 2015 AND [PROPOSED] ORDER**