IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY ARMSTRONG,<br><br>    Plaintiff,<br><br>  v.<br><br>BAUER'S INTELLIGENT TRANSPORTATION, INC.,<br><br>    Defendant.<br>_____/ | No. C 13-2691 MMC<br><br>**ORDER SETTING STATUS CONFERENCE** |

On February 20, 2015, the parties advised the Court that they had "agreed to a class settlement" and that "[a] motion for preliminary approval and settlement agreement [would] be filed promptly." (See Notice of Class Settlement, filed Feb. 20, 2015.) To date, no such motion has been filed.

Accordingly, the Court hereby SETS a Status Conference for April 24, 2015 at 10:30 a.m. A Joint Status Conference Statement shall be filed no later than April 17, 2015.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____
MAXINE M. CHESNEY
United States District Judge