THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff RORY ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY ARMSTRONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUER'S INTELLIGENT TRANSPORTATION, INC.; and DOES 1-50,<br><br>Defendants. | Civil Case Number: 3:13-cv-02691-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date: May 22, 2015<br>Time: 9:00 A.M.<br>Courtroom: 7, 19th Floor, San Francisco<br><br>The Honorable Maxine M. Chesney |

Plaintiff's unopposed Motion for Preliminary Approval of Class Settlement ("Motion") came on regularly for hearing on _____, 2015, at 9:00AM, in the United States District Court for the Northern District of California, the Honorable Maxine M. Chesney presiding. All parties were represented by counsel.

Having considered the memoranda and declarations, oral arguments of counsel, and the relevant statutory and case law, the Court GRANTS Plaintiff's Motion and orders and finds as follows:

1. The Parties' Proposed Joint Stipulation of Settlement and Release and the attachment thereto, entitled Notice of Class Action Settlement, filed April 10, 2015 ("Settlement Agreement") (Docket No. 57), are preliminarily approved;

2. The following Class and Collective Action is certified for settlement purposes only

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; *Armstrong v. Bauer's Intelligent Transportation, Inc.*, Case No. 3:13-cv-02691-MMC

pursuant to Federal Rules of Civil Procedure 23 and 29 U.S.C. § 216(b):  All current and former employees of Bauer's Intelligent Transportation, Inc. who worked in the State of California and were employed as a bus operator or in an equivalent position at any time within the Class Period, *i.e.*, the time period from March 29, 2009 through the Date of Preliminary Approval.

3. Plaintiffs' attorneys, Steven G. Tidrick, Esq. and Joel Young, Esq. of The Tidrick Law Firm are appointed Class Counsel, and Plaintiff Rory Armstrong, is appointed as the Class Representative;

4. Gilardi & Co. LLC is appointed as the settlement administrator.  The administrator shall distribute to the class the notice pursuant to the procedures set forth in the Settlement Agreement;

5. The Opt-Out Deadline as proposed in the Settlement Agreement shall be 60 calendar days from the date the Notices are mailed.  If the 60th day falls on a Sunday or holiday, the Opt Out Period shall end on the next business day that is not a Sunday or holiday;

6. The deadline for objections to final approval of the settlement shall be fourteen (14) calendar days following the conclusion of the Opt Out Period;

7. The final approval hearing is set for _____, 2015 (approximately 125 days following the preliminary approval of the settlement agreement); and

8. The settlement is deemed filed as of the date of preliminary approval for purposes of providing notice to the appropriate officials pursuant to 28 U.S.C. § 1715.

It is so ORDERED.

DATE:_____, 2015.                              _____
                                                                                                    The Honorable Maxine M. Chesney
                                                                                                    United States District Court