IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RORY ARMSTRONG, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

BAUER'S INTELLIGENT TRANSPORTATION, INC.,

    Defendant.

No. C 13-2691 MMC

**ORDER VACATING STATUS CONFERENCE**

Plaintiff having filed, on April 17, 2015, his Motion For Preliminary Approval of Class Settlement, the Status Conference, currently scheduled for April 24, 2015, is hereby VACATED, and, given the Court's calendar, the parties' request to advance the hearing on plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 20, 2015

MAXINE M. CHESNEY
United States District Judge